1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   BAORONG LU,                          )
13                                      )
          Plaintiff,                    )    No. C-05-2267-MEJ
14                                      )
       v.                               )
15                                      )
   MICHAEL CHERTOFF, Secretary of the   )    **STIPULATION TO DISMISS; AND**
16 Department of Homeland Security;     )    **[PROPOSED] ORDER** THEREON;
   EDUARDO AGUIRRE, Director, U.S.      )
17 Citizenship and Immigration Services;)    ORDER CLOSING FILE
   TERRY E. WAY, Director of USCIS      )
18 Nebraska Service Center,             )
                                        )
19        Defendants.                   )
                                        )
20
       Plaintiff, by and through his attorneys of record, and defendants, by and through their

21
   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action
22
   without prejudice because the Nebraska Service Center of the United States Citizenship and
23
   Immigration Services has agreed to issue a decision on the plaintiff's Form I-730 petition within
24
   30 days.
25
       Each of the parties shall bear their own costs and fees.
26

27

28

   STIPULATION TO DISMISS AND PROPOSED ORDER
   C 05-2267-MEJ                              1

| | |
|---|---|
| Date: September 22, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: September 22, 2005 | /s/<br>JUSTIN WANG<br>Baughman & Wang<br>Attorneys for Plaintiff |

### ORDER

Pursuant to stipulation, ~~IT IS SO ORDERED.~~ the case is dismissed and the Clerk of Court shall close the file.

IT IS SO ORDERED.

Date: September 23, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 05-2267-MEJ                                2